IN THE SUPREME COURT OF TEXAS

 No. 12-0322

 IN RE PETROHAWK PROPERTIES, LP

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for immediate temporary relief,
filed April 23, 2012, is granted. The court of appeals' judgment dated
April 11, 2012, in Cause No. 04-12-00007-CV, styled In re J.P. Morgan Chase
Bank, N.A., as Trustee of the Red Crest Trust, in the Fourth Court of
Appeals is stayed pending further order of this Court.
 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before May 7, 2012.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this April 25, 2012.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk